IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DUBRAVKA JURAGA          )          08 B 30501
                                )
                                )
       Debtor(s)                )          Judge John H. Squires

ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code filed by the Debtor on __11/8/08__ as modified by amendments filed on __1/7/09__ having been found by the court to comply with the provisions of 11 U.S.C. 1325, THE PLAN IS HEREBY CONFIRMED.

Entered: JAN - 9 2009

_____
Bankruptcy Judge