IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| Dubravka Juraga | ) | 08-30501-JHS |
| | ) | |
| | ) | |

### NOTICE OF SERVICE TRANSFER OF CLAIM PURSUANT TO RULE 3001

Litton Loan Servicing, L.P. (herein "Litton"), provides evidence and notice of the transfer of the claim below:

1.

MTGLQ, Investors, L.P. filed Proof of Claim number 1 on 11/11/2008 in the unsecured amount of $25,497.88 (XXXX7412).

2.

Servicing of this loan transferred to Litton and Litton respectfully requests that all future payments and correspondence regarding claim number 1 be forwarded to:

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX 77081

Address for payments:
Litton Loan Servicing
P.O. Box 4387
Houston, TX 77210-4387

The new loan number is XXXX9223.

/s/ Lureece D. Lewis
Georgia Bar No.520077
McCALLA RAYMER, LLC
Agent/Attorney for Litton Loan Servicing, L.P.

Bankruptcy Case No.

08-30501

Chapter 13

Judge John H. Squires

### CERTIFICATE OF SERVICE

I, Lureece D. Lewis, Esquire, of McCALLA RAYMER, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age; that on the 30 day of _____, 2010, I served a copy of the within Notice of Transfer of Claim filed in this bankruptcy matter on the following Respondent(s) by regular mail, with adequate postage affixed, unless another manner is indicated:

Trustee
Glenn B. Stearns
4343 Commerce court
Ste 120
Lisle, IL  60532

Debtor's Attorney
Martin J. O'Hearn
Law Offices of Martin J O'Hearn
10047 S Western Ave
Chicago, IL  60643

Transferor
MTGLQ Investors, LP
P.O. Box 6700
Columbus, GA  30091

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on ___8-30-10___ by: _____
         (date)                (signature)

REPRESENTATION OF PRINTED DOCUMENT

**Litton Loan Servicing®**
4828 Loop Central Drive
Houston, TX 77081
www.littonloan.com
(800) 247-9727

Hours of Operation (CST)
Monday - Thursday: 8 a.m. - 7 p.m.
Friday: 9 a.m. - 6 p.m.

## SERVICING TRANSFER INFORMATION

May 21, 2010

46927 0000858 001
DUBRAVKA JURAGA
4012 N PARK ST
WESTMONT IL 60559-1327

Litton Loan #: ████████9223
Original UPB: $25,500.00
Property: 4012 PARK STREET
WESTMONT IL 60559

Dear Mortgagor(s):

Welcome to Litton Loan Servicing LP ("Litton"). The servicing of your mortgage loan is transferring from TOTAL DEBT MANAGEMENT to Litton. Please review the following important information regarding your loan payments.

Effective May 17, 2010, please begin sending your mortgage payments to Litton using one of the options below.

| PAYMENT OPTIONS: | WEBSITE | MAIL | WESTERN UNION |
|---|---|---|---|
| | www.littonloan.com | Litton Loan Servicing LP | Code City: Litton |
| | | Attention: Cash Management | Code State: Texas |
| | PHONE | P.O. Box 4387 | |
| | (800) 247-9727 | Houston, TX 77210-4387 | |

Litton will send you a Billing Statement each month; however, if you do not receive the statement before your October 1, 2007 payment is due, please send your payment with one of the Temporary Coupons enclosed.

If more than one loan is transferring to Litton, this letter refers only to loan number ████████9223. Litton will send you a Welcome Letter and Temporary Coupons for each loan. When making payments, please remit the correct amount for each loan and include the payment coupon(s) with your remittance.

If you pay by check, you are authorizing Litton to use information on the check to make a one-time electronic debit for each check presented from the account at the financial institution designated on the check. This electronic debit will be for the exact amount indicated on the check. If your previous servicer automatically drafted payments from your checking or savings account, this service is not transferable. Enclosed is an automatic drafting authorization form, which will allow you to establish an ACH draft with Litton. Please return the completed form to Litton Loan Servicing LP, Attention: Cash Management, P.O. Box 4387, Houston, Texas 77210-4387. Please send payments by check or money order until Litton notifies you in writing that the automatic draft process is complete.

By January 31 of each year, Litton will provide you with an Annual Tax and Interest Statement for your IRS reporting for the portion of the previous year that Litton serviced your loan.

If your loan is currently escrowed for taxes and/or insurance, Litton is required by law to analyze your loan. Litton will notify you in writing if your payment amount changes.

Premiums for mortgage life, accidental death, or disability insurance will not be transferred from your previous servicer. You may contact your carrier for arrangements to maintain your coverage through direct billing. Please contact your previous servicer if you are unsure of your carrier's name.

NOTICE REGARDING REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA): Please review the attached Notice of Assignment, Sale, or Transfer of Servicing Rights. This is the official notification required by law from the transferee, Litton Loan Servicing LP.

NOTICE REGARDING FAIR AND ACCURATE CREDIT TRANSACTIONS ACT OF 2003 (FACTA): Litton may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Should you have questions, please contact Litton's Customer Care Department at (800) 247-9727 during the hours indicated above or visit our website at www.littonloan.com. Any written correspondence should be sent to Litton Loan Servicing LP, Attention: Customer Assistance Response Team, 4828 Loop Central Drive, Houston, Texas 77081. You may also contact TOTAL DEBT MANAGEMENT at (800) 382-7451 from Monday through Friday, between the hours of 8:00 am and 5:00 pm (EST).

Sincerely,

Litton Loan Servicing LP

Enclosures: Notice of Assignment, Sale, or Transfer of Servicing Rights; Litton Loan Servicing LP Notice of Your Financial Privacy Rights; Authorization Agreement for Pre-Authorized Payments; Temporary Coupons

474-2020-0106F

LITTON LOAN SERVICING LP IS A DEBT COLLECTOR. THIS LETTER IS AN ATTEMPT TO COLLECT YOUR DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE NOT OBLIGATED ON THE DEBT OR IF THE DEBT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING, THIS IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO ASSESS OR COLLECT THE DEBT FROM YOU PERSONALLY.

2400.0040.012609101439

INTERNET REPRINT

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is the right to collect payments from you, is being assigned, sold or transferred from TOTAL DEBT MANAGEMENT to Litton Loan Servicing LP, effective May 17, 2010.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date of transfer or at closing.

Your present servicer is TOTAL DEBT MANAGEMENT. If you have any questions relating to the transfer of servicing from your present servicer call TOTAL DEBT MANAGEMENT, at (800) 382-7451, Monday through Friday, between the hours of 8:00 am and 5:00 pm (EST). This is a toll-free number.

Your new servicer will be Litton Loan Servicing LP. The business address for your new servicer is: Litton Loan Servicing LP, 4828 Loop Central Drive, Houston, Texas 77081. The toll-free telephone number of your new servicer is (800) 247-9727. If you have any questions relating to the transfer of servicing to your new servicer, call the Litton Loan Servicing LP Customer Care Department toll-free at (800) 247-9727 Monday through Thursday from 8 a.m. to 7 p.m. and Friday from 9 a.m to 6 p.m (CST).

The date that your present servicer will stop accepting payments from you is May 17, 2010. The date that your new servicer will start accepting payments from you is May 17, 2010. Send all payments due on or after that date to your new servicer.

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: premiums for mortgage life, accidental death, or disability insurance will not be transferred from your previous servicer. You may contact your carrier for arrangements to maintain your coverage by direct billing. Please call your previous servicer if you are unsure of your carrier's name.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 USC 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 business days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name, account number, and reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address: Litton Loan Servicing LP, Attention: Customer Assistance Response Team, 4828 Loop Central Drive, Houston, Texas 77081.

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-business day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Litton Loan Servicing LP
May 21, 2010