NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Dubravka Juraga
4012 Park Street
Westmont, IL 60559
SSN: xxx−xx−7412 EIN: N.A.

Case No. : 08−30501
Chapter : 13
Judge : John H. Squires

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : MTGLQ INVESTORS, LP

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Litton Loan Servicing, LP of your claim in the above matter, designated Claim No. 1 in the amount of $25497.88.   If no objections are filed by you on or before September 20, 2010 the Court shall substitute Litton Loan Servicing, LP in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court.  You will be notified of the date of this hearing.

For the Court,

Dated: August 31, 2010

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 1                  Date Rcvd: Aug 31, 2010
Case: 08-30501                 Form ID: ntcasclm            Total Noticed: 4

The following entities were noticed by first class mail on Sep 02, 2010.
db           +Dubravka Juraga,    4012 Park Street,    Westmont, IL 60559-1327
aty          +Martin J O'Hearn,    Law Offices Of Martin J  O'Hearn,    10047 S Western Ave,
               Chicago, IL 60643-1925
tr           +Glenn B Stearns,    4343 Commerce Court, Ste 120,    Lisle, IL 60532-3614
12835322     +MTGLQ INVESTORS, LP,    PO BOX 137,    COLUMBUS, GA 31902-0137

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2010**                        **Signature:** _Joseph Speetjens_