Loan No: XXXXXX4577

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------X           Chapter 13
IN RE:                                                        Case # 08-30501

Dubravka Juraga

    Debtor(s)                              **REQUEST FOR NOTICE**
-------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that Deutsche Bank National Trust Company, as Trustee for GreenPoint Mortgage Funding Trust 2006-OH1, Mortgage Pass-Through Certificates, Series 2006-OH1 hereby appears in the above action, and demands that all papers in the case be served on Deutsche Bank National Trust Company, as Trustee for GreenPoint Mortgage Funding Trust 2006-OH1, Mortgage Pass-Through Certificates, Series 2006-OH1 at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: July 1, 2011
       Plainview, New York

                                      /s/ Andrew Goldberg
                                      Creditor's Authorized Agent
                                      c/o Rosicki, Rosicki & Associates, P.C.
                                      Main Office: 51 E. Bethpage Road
                                      Plainview, New York 11803
                                      Phone: 516-741-2585
                                      Fax: 516-873-7244
                                      Email: bkmail@rosicki.com

To:

LAW OFFICES OF MARTIN J O`HEARN
10047 S WESTERN AVE
CHICAGO, IL 60643

Glenn B. Stearns, Esq.
4343 Commerce Court, Suite #120
Lisle, IL 60532

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
--------------------------------------------------X           Chapter 13
IN RE:                                                         Case # 08-30501

Dubravka Juraga

    Debtor(s)                                    **AFFIDAVIT OF SERVICE**
--------------------------------------------------X

STATE OF NEW YORK)
      ss:
COUNTY OF NASSAU )

    Jennifer Albergo, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

On July 1, 2011 I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

LAW OFFICES OF MARTIN J O`HEARN
10047 S WESTERN AVE
CHICAGO, IL 60643

Glenn B. Stearns, Esq.
4343 Commerce Court, Suite #120
Lisle, IL 60532


                                                /s/ Jennifer Albergo
                                                Jennifer Albergo

Sworn to before me this
July 1, 2011
/s/ Betsy P. Tarr
NOTARY PUBLIC                            BETSY P. TARR
                                                NOTARY PUBLIC, State of New York
                                                No. 01TA6000083
                                                Qualified in Nassau County
                                                Commission Expires December 8, 2013

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
-----------------------------------------------------x
IN RE:

Dubravka Juraga
        Debtor(s)

-----------------------------------------------------x

**REQUEST FOR NOTICE**

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803