Loan No. XXXX9223

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------X                Chapter 13
IN RE:                                                                            Case # 08-30501

Dubravka Juraga;


      Debtor(s)                                           **REQUEST FOR NOTICE**
-------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that Goldman Sachs Mortgage Company hereby appears in the above action, and demands that all papers in the case be served on Goldman Sachs Mortgage Company at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: July 22, 2011
       Plainview, New York

                                       /s/ Lisa Singer
                                       Creditor's Authorized Agent
                                       c/o Rosicki, Rosicki & Associates, P.C.
                                       Main Office: 51 E. Bethpage Road
                                       Plainview, New York 11803
                                       Phone: 516-741-2585
                                       Fax: 516-873-7244
                                       Email: bkmail@rosicki.com

TO:

Martin J O`Hearn, Esq.
Law Offices Of Martin J O`Hearn
10047 S Western Ave
Chicago, IL 60643

Glenn B. Stearns, Esq.
4343 Commerce Court, Suite #120
Lisle, IL 60532

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
------------------------------------------------X        Chapter 13
IN RE:                                                                    Case # 08-30501
   Dubravka Juraga;

      Debtor(s)                                              **AFFIDAVIT OF SERVICE**
------------------------------------------------X
STATE OF NEW YORK)
        ss:
COUNTY OF NASSAU )
   Kara Vertucci, being duly sworn, deposes and says:

   I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

On July 22, 2011 I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Martin J O`Hearn, Esq.
Law Offices Of Martin J O`Hearn
10047 S Western Ave
Chicago, IL 60643

Glenn B. Stearns, Esq.
4343 Commerce Court, Suite #120
Lisle, IL 60532


                                            /s/ Kara  Vertucci
                                            Kara Vertucci

Sworn to before me this
July 22, 2011
/s/ Betsy P. Tarr
NOTARY PUBLIC                     BETSY P. TARR
                                            NOTARY PUBLIC, State of New York
                                            No. 01TA6000083
                                            Qualified in Nassau County
                                            Commission Expires December 8, 2013

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
---------------------------------------------------x
IN RE:

Dubravka Juraga;
        Debtor(s)

---------------------------------------------------x

### REQUEST FOR NOTICE

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803