NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Dubravka Juraga
4012 Park Street
Westmont, IL 60559
SSN: xxx−xx−7412 EIN: N.A.

Case No. : 08−30501
Chapter : 13
Judge : John H. Squires

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Litton Loan Servicing, LP

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Ocwen Loan Servicing, LLC of your claim in the above matter, designated Claim No. 1 in the amount of $25497.88. If no objections are filed by you on or before November 1, 2011 the Court shall substitute Ocwen Loan Servicing, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: October 12, 2011

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Dubravka Juraga  
    Debtor

Case No. 08-30501-JHS  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: vrowe | Page 1 of 1 | Date Rcvd: Oct 12, 2011 |
|---|---|---|---|
| | Form ID: ntcasclm | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2011.
```
db            +Dubravka Juraga,    4012 Park Street,    Westmont, IL 60559-1327
16062844      +Litton Loan Servicing, LP,    4828 Loop Central Drive,    Houston TX 77081-2166
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**          **Signature:** _/s/ Joseph Speetjens_