NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Dubravka Juraga
4012 Park Street
Westmont, IL 60559
SSN: xxx−xx−7412 EIN: N.A.

Case No. :   08−30501
Chapter :   13
Judge :   D Calendar

### NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Litton Loan Servicing

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Ocwen Loan Servicing, LLC of your claim in the above matter, designated Claim No. 2 in the amount of $237904.69. If no objections are filed by you on or before January 17, 2012 the Court shall substitute Ocwen Loan Servicing, LLC in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: December 27, 2011

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                         Case No. 08-30501-CD
Dubravka Juraga                                                Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe                 Page 1 of 2              Date Rcvd: Dec 27, 2011
                              Form ID: ntcasclm           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2011.
```
db          +Dubravka Juraga,    4012 Park Street,    Westmont, IL 60559-1327
12830814    +Litton Loan Servicing,    4828 Loop Central Drive,    Houston, TX 77081-2166
12830815    +Litton Loan Servicing,    c/o Pierce & Associates,    1 North Dearborn, Suite 1300,
              Chicago, IL 60602-4321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2011**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: vrowe                  Page 2 of 2                  Date Rcvd: Dec 27, 2011
                               Form ID: ntcasclm            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2011 at the address(es) listed below:
              Glenn B Stearns    mcguckin_m@lisle13.com
              Martin J O'Hearn    on behalf of Debtor Dubravka Juraga martinohearnlaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3